**Order entered April 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00357-CV

### JOHN GALIOTO, Appellant

### V.

### HIGHER EDUCATION SERVICING CORPORATION AND NEW MEXICO EDUCATIONAL ASSISTANCE FOUNDATION, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC 13-05947-C**

## ORDER

We **GRANT** appellant's April 24, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than May 7, 2014.  Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/Ada Brown/
ADA BROWN
JUSTICE